IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02528-BNB

MARK J. DENNY,

      Applicant,

v.

B. DAVIS, Warden,

      Respondent.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 5 2010

GREGORY C. LANGHAM
             CLERK

_____

ORDER DRAWING CASE

_____

      Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

      ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

      DATED January 5, 2010, at Denver, Colorado.

                    BY THE COURT:

                    s/ Boyd N. Boland_____
                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-02528-BNB

Mark J. Denny
Reg No. 07757-046
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

William Pharo
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  1/5/10

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk